# In The United States District Court
# For The District Of Maryland

ALFRED MUSA  
Petitioner  

v.    Case No# GLR-15-0247  
      GLR-15-3519  

WARDEN ROBERT KOPPEL, ET. AL.,  
Respondent  

## Writ of Habeas Corpus
## Pursuant To 28 U.S.C. § 2241

Now Comes, ALFRED MUSA Petitioner Acting in the capacity of Pro-Se, Respectfully moves This Honorable Court To Allow His Writ of Habeas Corpus, Pursuant To 28 U.S.C. § 2241 To proceed in the interest of Justice..

## Jurisdiction

This Honorable Court Retains' Jurisdiction under the authority of, 28 U.S.C. § 2241(C)(3), The substance requirement that the petition challenge the legality of his custody on the grounds that he is in violation of the Constitution or laws or Treaties of the United States.. The Petitioner asserts he is unlawfully incarcerated, in direct violation to his, FIFTH, FOURTH and FOURTEENTH Amendment To The Constitution..

The Respondent, (Government) will allege since Petitioner's incarceration is due because of a criminal indictment pending, (Case No# GLR-15-0247) that he is not entitled to petition to the courts pursuant to a writ of Habeas Corpus while the case is pending through the courts..

The Petitioner respectfully request permission to present his *Jurisdiction Argument and Authority of law*..

Petitioner argues and asserts; his unlawful incarceration is based upon;

(A.) Law enforcement officers knowingly presented false testimony to the Grand Jury;

(B.) The Indictment was produced by fraud, perjury, falsified evidence, that "does not exist", when all along the prosecutor had knowledge.

(C.) Thus, leads to wrongful conduct undertaken in bad faith by all parties, which created for one, prosecutorial misconduct, and no doubt, "Malicious Prosecution"..

Supreme Court stated; A Federal District Court is charged with liberally construing a complaint filed by a pro-se litigant to allow for the development of a "potentially meritorious case", see, e.g., Erickson v. Pardus, 551 U.S. 89, 94 127 S.Ct. 2197, 167 L.Ed. 2d, 1081 (2007)..

United States v. Tootle, 65 F.3d, 381 (4th Cir. 1995). In Tootle, the Court noted that a defendant can apply for writ of Habeas Corpus with the district court pursuant to 28 U.S.C.A. §2241(c)(3), alleging that his custody is in violation to his "Due Process Rights" under the Fifth Amendment. While Tootle explains that there are circumstances under which pre-trial habeas relief may be appropriate, it is rare. It is well settled that in the absence of exceptional circumstances in criminal cases the regular judicial procedures should be followed and habeas corpus should not be granted in advance of trial. See, Jones v. Perkin, 245 U.S. 390, 391-92, 38 S.Ct 166, 62 L.Ed. 358 (1918). The key words are, "Exceptional Circumstances"!

If a Defected Indictment produced by Fraud, perjury, falsified evidence ect., is not -- "Exceptional Circumstances", which from this point proceedings would be frivolous -- All criminal procedures would be in direct violation of petitioner's "Due Process of Law".

The requirement of liberal construction does NOT mean that the Court can ignore a clear failure in the pleading to allege facts which set forth a claim currently cognizable in a Federal District Court. Rice v. National Security Council, 244 F. Supp. 2d., 594, 596 (D.S.C. 2001), citing, Weller v. Department of Social Services, 901 F.2d. 387 (4th Cir. 1990)..

The nature of the Writ of Habeas Corpus - its capacity to reach all manner of illegal detention and to cut through barriers of form and procedural mazes - demands that it be administered with the initiative and flexibility essential to ensure that miscarriages of justice within its reach are surfaced and corrected; the office of the Writ is to provide a prompt and efficacious remedy for whatever there being no higher duty of a court, under our constitutional system, than the careful processing and adjudication of petitions for Writs of Habeas Corpus is plenary and petitions in Habeas Corpus proceedings are entitled to a full opportunity for presentation of the "relevant facts".

Petitioner prays this Honorable Court will take jurisdiction and allow Petitioner to prove his allegations...

## Statement of Facts

Petitioner alleges and asserts that he is illegally incarcerated behind the orchestration of the arresting officers and followed and continued by the assigned United States Assist. Attorney, who also willingly engaged in the participation with the introduction of misleading and falsified information to the Grand Jury, as well as all the Due Process of Law that followed...

Petitioner was wrongly arrested based upon false information namely an affidavit by John Van Wie, (Agent of Homeland Security).

Petitioner respectfully seeks the opportunity to response and show the court the deficiencies and insufficient evidence that has been wrongly used through his detention. Just imagine the deception made to the courts without any concerns.

Petitioner will now start first with the "Criminal Complaint" and express his view points with facts and truth...

Criminal Complaint, (swore under oath) by, John Van Wie, (Agent H.L.S.)..

Page #3 -- Parg. #6, reviewing the full statement made by Agent Van Wei, he actually claimed and sworn that Lowes has a surveillance video of the "Individual" who fraudulently opened the again, account -- This is a false statement, for one -- if there was a video Agent Van Wei would be using a name instead of an imaginary Individual.

Page #3 -- Parg. #7, reviewing the statement made., what is this? Another imaginary names of suspects, some more misleading information to produce an indictment with fraud accounts, and the prosecutor turned her head. There is no proof I was at any of the mentioned stores on March 13 + 16TH 2015..

Page #4 -- Parg. #8, This whole statement is unfounded with no proof, again -- Just words..

Page #4 -- Parg. #9, Again, Alleged video surveillance of "Subjects" up to four (4) individuals -- If there was such video's there would be names and pictures. Please make note: My attorney of record to this day have not received ANY of the mentioned video's, my attorney even addressed the court on 8-11-15 requesting the mentioned video's..

Page #4 -- Parg. #10, Agent Van Wei once again claimed to have a video surveillance of a vehicle that the "suspects" (again no names), entered and left the scene during alleged fraudulent transactions (more then one transactions), for one, where was the location (Delaware, Maryland) and since he had video's, who's picture? So far, there has been no "foundation" or truth to anything so far, how can a judge sign his name on such false information that do not even state his name on any of video's? Again, no doubt the Government had to know and turned their heads and allow this illegal arrest and illegal incarceration..

Page #4 & 5 -- Parg. #11, Finally, it has been alleged that, suspect, (who?) listed a phone no# on an account (410-206-1471), Lowes loss prevention conducted a data base check of the (phone no.#), Agent Van Wei

WAS NEVER EVEN THERE, HOW CAN YOU SWEAR UNDER OATH AND APPARENTLY ALLEGED UNDER OATH IT WAS ME? THE WAS SUPPOSE TO BE 140 CALLS ON 15 DIFFRENT ACCOUNTS OPENED UNDER 12 DIFFERENT INDIVIDUALS, EACH ACCOUNT GOES UNDER ONE INDENTITY. THESE ARE FALSE STATEMENTS SWORE UNDER OATH, IS THERE STILL A CRIME CALLED PERJURY? THE GOVERNMENT WOULD CALL THIS OBSTRUCTION OF JUSTICE.

PETITIONER NOW, RESPECTFULLY SEEKS THE OPPORTUNITY TO RESPOND AND SHOW THE COURT THE DEFICIENCIES WITHIN THE "INDICTMENT" (FILED ON 5-07-15) THAT HAS ILLEGALLY KEPT HIM INCARCERATED...

### Defected Indictment

PAGE #1 -- PARAG. #1, THROUGH OUT THE COMPLETE INDICTMENT THE GOVERNMENT KEEPS REFERRING TO OTHER INDIVIDUALS AS (UNINDICTED CO-CONSPIRATORS). THE GOVERNMENT IS SO DETERMINE TO INDICT ME FOR A CONSPIRACY CRIME, WHICH THE INDICTMENT ITSELF CAN NOT EVEN PROOF MY INVOLVMENT, ALONE MY CONSPIRATORS.

FOR ONE, THE GOVERNMENT ALLEGES (PARAG. #5) THAT BETWEEN IN OR ABOUT FEBRUARY 9, 2015 AND IN OR ABOUT MARCH 26, 2015 ABUBAKAH G. KROMAH AND MYSELF WERE TOGETHER COMMITTING THE LISTED CRIMES -- THIS IS COMPLETELY FALSE AND CAN NOT BE PROVED! KROMAH AND MYSELF WHERE TOGETHER ON FEB. 9, 2015, WHICH NO CRIME

was committed as alleged by the Government, there is NO proof and this allegation is perjury with knowledge.

Page #1 -- parag. #2, On or about March 13, 2015 -- A MALE entered the Lowes Store -- A MALE?? The Government once again alleged to the Grand Jury an unfounded statement that enhanced their minds as if I am already find guilty.

Page #2 -- parag. #3, This allegation is unbelievable, alleging at lease "10 people" involved with this so called -- "Conspiracy" -- please, list the names! Again, the Government played with the Grand Jury's mind with misleading information, no proof...

Page #2 -- parag. #4 -- Same as the previous statements made, unfounded words, no evidence..

Page #2 -- #5 -- Again, and again, the Government intentionally deceived and defraud the Grand Jury with false statements, is this legal.

Page #3 -- parag. #7 (A)-(F),

(A) I was not in Laurel, Maryland with (again) some "unindicted co-conspirator", who is

MY ATTORNEY SHOWN ME A ALLEGED VIDEO TAKEN, THE VIDEO WOULD COMPLETELY VERIFY THAT WAS NOT ME, STILL, THE GOVERNMENT PRESENTED TO THE GRAND JURY FALSE STATEMENTS IN REGARD TO MARCH 22, 2015..

PAGE #3 -- PARAG. E, AGAIN, MENTIONED OF AN "UNINDICTED CO-CONSPIRATOR" WHAT IS THE PURPOSE ON TRYING TO INDICATE THEIR IS 4 OR MORE CO-CONSPIRATORS, I KNOW WHY, I AM SURE THE COURT KNOWS AS WELL. THE GRAND JURY WAS PROGRAM TO BELIEVE FALSE STATEMENTS..

LAST AND FINAL, THE "SUPERSEDING INDICTMENT"..

AGAIN, PETITIONER RESPECTFULLY SEEKS THE OPPORTUNITY TO RESPOND TO THE GOVERNMENTS "SUPERSEDING INDICTMENT" AND SHOW THE COURT THE INTENTIONAL DEFICIENCIES MADE BY THE GOVERNMENT..

### Defected Superseding Indictment

PAGE #4 -- (B), FALSE INFORMATION, I HAVE NO ACCESS TO PEOPLE'S PHOTOGRAPH PICTURES ON THEIR DRIVER'S LICENSE, THIS IS IMPOSSIBLE..

Page #4 -- (C), Again, False information given to the Grand Jury, For one -- Nov. 10, 2015 is my Birthday and I can prove I was NOT in contact with Hooks this day. I surely would like to see the Government prove otherwise.

Page #4 -- (E) This is totally False, Nov. 13, 2015 I fractured my leg and I stayed at Hooks House... Imagine, here I was laid up at Hooks House with a fracture leg and send someone else (2) Maryland driver license with names and addresses with "Hooks" picture on these alleged Driver Licenses. I can easily see fooling the Grand Jury with this scheme (plot), Hopefully not the Court.

Page #4 -- (F) & (G), Here we go again, No Names ... Which store, who opened the account?

Page #4 -- (H) This allegation is False, I would like to see this message.

Page #5 -- (I) For one, I have NEVER opened any Credit account, I would like to see the alleged phone number used, I would like to see any video with me openning a credit account.

Page #5 -- (J), Here we go again, Another "Imaginary" person..

It would be useless to continue with any additional information at this time, hopefully what I have presented will be enough to show the court there is a "STRONG" possibility the Government in concert with the Law Enforcement gave perjury, misleading statements to the Grand Jury, which in turn, created a defect Indictment[s] and lead to an illegal arrest and illegal incarceration -- This will fall under the Guidelines of "EXCEPTIONAL CIRCUMSTANCES" expressed by the "Fourth Circuit"...

## Argument and Authority of Law

Petitioner alleges and asserts under the penalty of perjury that, starting with the Criminal Complaint and following with the Indictment, then Superseding Indictment has build on False Statement with complete knowledge of all parties working in concert to keep petitioner illegally incarcerated. It would be insane to allege such serious allegations without being able to present proof to the courts.

The NINTH CIRCUIT COURT STATED; A Petitioner's "DUE PROCESS" challenge to "PRE-TRIAL DETENTION", which should have been raised at Pre-Trial Stage, was rendered Moot by subsequent conviction and imposition of

sentence, Federal Habeas Corpus provides criminal defendants with an important mechanism for challenging the legality of their confinement before trial on the basis of a limited set of constitutional claims. Barker v. Estelle, 913 F.2d.1433, 1440 (1990) (9th Cir.) (cert. denied, (seems the Supreme Court Agreed) 500 U.S. 935 (1991)... To deny petitioner to proceed at his "Pre-Trial Stage" may cause a Miscarriage of Justice by the Court.

Writ of Habeas Corpus is flexible judicial remedy used to ensure that miscarriages of Justice within it reach are surfaced and corrected, see, Gilroy v. Ferrol, 534 Supp. 321 (WDNY 1982).

"Due Process" Clause of the Fifth Amendment is violated when a defendant has to stand trial on an indictment which, the government knows is based partially on perjured testimony, when the perjured testimony is material, and when jeopardy has not attached, whenever the "Prosecutor" learns of any perjury committed before the Grand Jury, he/she is under a duty to immediately inform the Court and opposing counsel. See, United States v. Hogan, 712 F.2d. 757, 761-762 (2nd Cir. 1983). Also, Knowing use of perjury, United States v. Basurto, 497 F.2d. 781, 785 (9th Cir. 1974), Also, United States v. Roth, 777 F.2d. 1200 (7th Cir. 1985).

Then, when the Asst. U.S. Attorney intentionally submits false statements (knowingly) to the Grand Jury, this becomes, prosecutorial misconduct...

The existence of a warrant will NOT shield an OFFICER (Agent Van Wel and Det. Sims) from liability where the warrant was secured based upon an affidavit that contained misleading statements made either intentionally or with reckless disregard for the truth.

Allegations of deliberate falsehood or of reckless disregard for the truth and those allegation must be accompanied by an offer of proof, they must point out specifically the portion of the warrant affidavit that is claimed to be false and they shall be accompanied by a statement of supporting reasons.. Petitioner respectfully ask the Court to review. (pages 4, 5, 6, 7) to the deficiencies of the "Criminal Complaint" with reckless disregard for the truth..

18 U.S.C.S. §1623, clearly states: Makes it a felony for a person knowingly to give a false material declaration under oath (i.e., Criminal Complaint) in any United States Court proceedings.. There is ample "precedent" establishing that deficiencies in an officers actions when seeking an arrest warrant can violate the Fourth Amendment and trigger a 42 U.S.C. §1983 liability suit..

Once the Petitioner was arrested from the false information provided in the Criminal Complaint, then the Assist. U.S. Attorney took charge preparing the Indictment that continued with intentional false information given to the Grand Jury...

When prosecutor presenting the case to the engaged in misconduct that tainted the resulting indictment to the extent that "Due Process" requires its dismissal. The District Court dismissed defendants "Indictment" for conspiracy and mail fraud because of "Prosecutorial Misconduct" and irregularities in the Grand Jury proceedings involving the knowing presentation of misinformation to the Grand Jury, (as the case at bar) see, 2011 U.S. Dist. LEXIS 56711 Evans v. City of Durham (March 31, 2011)...

"Due Process" is violated not only where it uses evidence which it knows creates a false impression of a material fact, hence evidence may be false either because it is perjured or though not itself factually inaccurate, because it creates a false impression of facts which are known not to be true. See, Hamric v. Bailey, 386 F.2d 390 (4th Cir. 1967).

A prosecutor's decision to charge, a grand jury decision to indict, a prosecutor's decision not to drop charges but to proceed to trial, none of these decisions will shield a "Police Officer" who deliberately supplied misleading information that influenced the decision, as, Honorable Judge Motz explained in his decision in, Evans v. Chalmers, 703 F.3d 636 (4th Cir. 2012)... Even when a prosecutor retains all discretion to seek an indictment, "Police Officers" may be held to have caused the seizure and remain liable to a wrongfully indicted defendant under certain circumstances.

In particular, officers may be liable when they have lied to or misled the prosecutor, failed to disclose exculpatory evidence to the prosecutor, or unduly pressured the prosecutor to seek the indictment. In <u>Evans</u>, the Fourth Circuit determined that since "<u>police officers</u>" and "<u>prosecutors</u>" often work together to establish probable cause and seek an indictment, such collaboration could always be characterized as a "<u>Conspiracy</u>". <u>See</u>, <u>Evans</u>, 703 F.3d. at 648-649...

As the case at bar, the assigned prosecutors choose to follow suit with the continuous false information, misleading the Grand Jury with complete knowledge to obtain a "<u>Superseding Indictment</u>". Which will intentionally keep the petitioner unlawfully incarcerated.

A petitioner may rebut the prima-facie effect of a Grand Jury Indictment by a showing of specific evidence, (at a later date petitioner plans to submit to the Court specific evidence to the contrary) that there was a deliberate and malicious fraud perpetrated on the Grand Jury to induce them to indict petitioner. <u>See</u>, <u>Kelly v. Serna</u>, 87 F.3d. 1235 (11th Cir. 1996)

The Fourteenth Amendment protects against deprivations of "<u>Liberty</u>" accomplished without "<u>Due Process of Law</u>"...

## Conclusion

Petitioner has made some serious accusations against several government officials whom, in part, are "Officers of the Courts" and holds a higher responsibility in regard to the Constitution.

Petitioner will upon and during the course of the litigation present to the Court evidences of proof to substantiate his claims. Hopefully this Honorable Court liberally construe within his "Statement of Fact" has already given Insight to the miscarriage of Justice performed against him by the mentioned Government Officials, which is keeping him illegally incarcerated. The Petitioner can only pray this Honorable Court will allow him to continue with his litigation pursuant to all "Discovery Permissible". Hopefully the Court understands the Burden of Proof is heavy upon the Petitioner and to deny any Discovery Allowed would only hinder Justice.... And will issue a "Show Cause Order"...

## Relief Request

Wherefore, in the interest of Justice and to avoid any further miscarriage of Justice, the Petitioner prays this Honorable Court will Grant his Writ of Habeas Corpus and issue an Order for his Release.

Petitioner further prays for all charges be dismissed with prejudice, and any further relief the court deems appropriate.

Respectfully Submitted,

Alfred Musa

ALFRED MUSA
PETITIONER #3400292